USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-11

United States District Court
Southern District of New York

---

**UNITED STATES OF AMERICA**

    - against -

**DANIEL OJEIKERE,**
                 **Defendant.**

03 Cr. 581 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The defendant has applied for early termination of supervised release. The defendant reports that he has less than eight months left on his three-year term of supervised release and that he has been complying with the terms of supervised release. However, the defendant has failed to set forth any exceptional reasons for the Court to conclude that the original sentence of three years' supervised release was in error or that exceptional circumstances have arisen since that time that should lead to a reduction in the term of supervised release. Compliance with the terms of supervised release is plainly insufficient to justify a reduction in the term. See, e.g., United States v. Medina, 17 F. Supp. 2d 245, 247 (S.D.N.Y. 1998).

The defendant does indicate that his mother is ill and that he seeks to accompany her to and from Nigeria for medical treatment. However, the defendant points out that the Court has previously authorized travel to Nigeria, and the Court would

similarly authorize any such travel (if additional permission were needed). This is not a basis for changing the term of supervised release.

SO ORDERED.

Dated:  New York, New York
        April 27, 2011

                                    _____
                                    John G. Koeltl
                                    United States District Judge